**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7773**

---

MARK G. SIMPSON,

Plaintiff - Appellant,

versus

DEPUTY LOVITT; DEPUTY GWALTNEY; JAMES H. DUNNING, Sheriff,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-02-1465-AM)

---

Submitted: January 30, 2003      Decided: February 5, 2003

---

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mark G. Simpson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark G. Simpson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Simpson v. Lovitt</u>, No. CA-02-1465-AM (E.D. Va. Oct. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>